UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-10299 |
| | | CHAPTER 13 |
| KEVIN D. ROBARDS | | |
| JANET L. ROBARDS | : | JUDGE JEFFERY P. HOPKINS |
|    DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>                 <u>Amount</u>
 917653                   $59.87

<u>Debtors Address</u>
KEVIN D. ROBARDS
JANET L. ROBARDS
3943 BIEHL AVENUE
CINCINNATI, OH  45248


                                                  Respectfully submitted,

/s/    <u>Margaret A. Burks, Esq.</u>
        Margaret A. Burks, Esq.
        Chapter 13 Trustee
        Attorney No. OH 0030377

        Francis J. DiCesare, Esq.
        Staff Attorney
        Attorney No. OH 0038798

        Karolina F. Perr, Esq.
        Staff Attorney
        Attorney No. OH 0066193

        600 Vine Street, Suite 2200
        Cincinnati, OH 45202
        (513) 621-4488
        (513) 621 2643 (Facsimile)
        mburks@cinn13.org - Correspondence only
        fdicesare@cinn13.org
        kperr@cinn13.org
        cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 22, 2011.

                                      /s/    Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

Debtor(s)  
KEVIN D. ROBARDS  
JANET L. ROBARDS  
3943 BIEHL AVENUE  
CINCINNATI, OH  45248

Debtor(s) Counsel  
JOHN W. ROSE, ESQ.  
711 PROVIDENT BANK BLDG  
632 VINE STREET  
CINCINNATI, OH  45202

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)